**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| , U H<br>H O L G D : D V L W R<br>H E W R U | & D V H 1 R |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

0 D U L O 0 D 2 V D O O W F D S W H U V E P L W V W H I R R I W H D G P L L V W U D W L R 8 6 & I W H H V 7 H W H U S V W V I R O O R V

7 H F D V H D V I L O H G R

7 H S O D D V F R $ I L U P H G R

7 H S O D D V P R G L I L H G E R U G H U 8 6 & D I W H U 1 $

7 H W U V W H H I L O H G D F W L R W R U H P H G R 1 $

7 H F D V H D V L V P L V V H G R

1 P E H U R I P R W V I U R P I L O L W R O D V W S

1 P E H U R I P R W V F D V H D V S H G L

7 R W D O D O H R I D V V H W V $ D E D G R H G E F

7 R W D O D O H R I 1 S V V H W V H H P S W H G

$ P R W R I V H F U H G F O D L P V G L V F D U H G

$ O O F H F N V G L V W U L E W H G E W H W U V W

**UST Form 101-13-FR-S (9/1/2009)**

| Receipts: |        |
|---|---|
| Total paid by or on behalf of the debtor | |
| Less amount refunded to debtor | |
| **NET RECEIPTS:** | **$0.00** |

| Expenses of Administration: |  |
|---|---|
| Attorney's Fees Paid Through the Plan | |
| Court Costs | |
| Trustee Expenses / Compensation | |
| Other | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |

Attorney fees paid and disclosed by debtor

### Scheduled Creditors:

| Creditor Name | Class | Scheduled | Asserted | Allowed | Paid | Principal Paid |
|---|---|---|---|---|---|---|
| platt & semmler | Unsecured / LLC | | | | | |
| C Eroo | Unsecured | | | | | |
| IC Systems, Ic | Unsecured | | | | | |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Pricipal | | |
|---|---|---|---|
|  | Allowed | Paid | Pa |

**Secured Payments:**
- Mortgage Ongoing
- Mortgage Arrearage
- Debt Secured by Vehicle
- All Other Secured

**TOTAL SECURED:**   $0.00   $0.00   $0.00

**Priority Unsecured Payments:**
- Domestic Support Arrearage
- Domestic Support Ongoing
- All Other Priority

**TOTAL PRIORITY:**   $0.00   $0.00   $0.00

**GENERAL UNSECURED PAYMENTS:**   $0.00   $0.00   $0.00

**Disbursements:**

Expenses of Administration
Disbursements to Creditors

**TOTAL DISBURSEMENTS:**   $0.00

The trustee certifies that this pre-confirmation case has been fully administered, and administrative matters for which the trustee requests a final decree be entered, that be just and proper.

Dated: _____   /s/ Marilyn O. Marshall
                            Trustee

STATEMENT: This Unified Form is associated with an Acct. Employer. Cap. Applies

**UST Form 101-13-FR-S (9/1/2009)**